UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria _____ DIVISION

MISSION INTEGRATED TECHNOLOGIES, LLC, et al.
_____

vs.

JOSHUA R. CLEMENTE, et al.
_____

Civil/Criminal Action No. 1:23-cv-01608-LMB-JFA
_____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

F2E Holdings, LLC has two members, Timothy G. Clemente and F2E Holdings, LLC.

Mission Integrated Technologies, Inc has one member, Fahmi Alubbad.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

December 8, 2023
_____
Date

_____
Signature of Attorney or Litigant
Counsel for Plaintiffs
_____

Rev. 03/12/19