UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria                    DIVISION

MISSION INTEGRATED TECHNOLOGIES, LLC, et al.

vs.

JOSHUA R. CLEMENTE, et al.

Civil/Criminal Action No. 1:23cv1608 LMB/JFA

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Mission Integrated Technologies, LLC has three members: Timothy G. Clemente, Kenneth Fournier, and F2E Holdings, LLC.

F2E Holdings, LLC has one member: Fahmi Alubbad

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

December 10, 2023

Date

Signature of Attorney or Litigant

Counsel for Plaintiffs

Rev. 03/12/19

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of December, 2023, a copy of the foregoing Plaintiffs'

Financial Interest Disclosure Statement was filed via the Court's CM/ECF electronic filing system,

which will serve all counsel of record.

> Rebecca LeGrand
> LeGrand Law PLLC
> 1100 H Street NW, Suite 1220
> Washington, D.C. 20005
> (202) 587-5725
> rebecca@legrandpllc.com
>
> *Counsel for Joshua R. Clemente*

I further certify that a copy of the foregoing was served by email and First Class Mail on

the following:

> Timothy G. Clemente
> 498 Fleshman Creek Road
> Livingston, MT 59407
> (540) 845-5169
> timclemente@aol.com
>
> *Pro Se Defendant*

> */s/Brian P. Donnelly*_____
> Brian P. Donnelly