**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| | ) | |
| **MISSION INTEGRATED TECHNOLOGIES,** **LLC**, *et al.*, | ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **1:23cv1608 (LMB/JFA)** |
| **v.** | ) | |
| | ) | |
| **JOSHUA R. CLEMENTE**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFFS' ANSWER TO FIRST COUNTERCLAIM**
**OF DEFENDANT JOSHUA R. CLEMENTE**

Plaintiff and Counterclaim Defendant, Mission Integrated Technologies, LLC ("MIT"), by and through F2E Holdings, LLC ("F2E"), submits this Answer to the First Counterclaim of Defendant and Counterclaim Plaintiff, Joshua R. Clemente ("Josh Clemente") in this case. MIT answers the allegations in the Counterclaim as follows:

1.      The allegations in the first sentence of ¶ 1 are denied. MIT admits that Exhibit H of the Counterclaim is a copy of U.S. Patent No. 11,174,677.

2.      Denied.

3.      Denied.

4.      Denied.

5.      MIT admits that it has continued to manufacture, use, offer for sale, or sell the ARES product. MIT denies that it has infringed on any valid rights of Josh Clemente. The remaining allegations in ¶ 5 are denied.

6.      Denied.

7.    Denied.

8.    Denied.

MIT denies that Josh Clemente is entitled to any of the requested relief and requests

judgment against Josh Clemente in MIT's favor.

### FIRST AFFIRMATIVE DEFENSE

Josh Clemente fails to state any claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The patent underlying Josh Clemente's claims is invalid due to anticipation and

obviousness (prior art invalidity).

### THIRD AFFIRMATIVE DEFENSE

Josh Clemente's claims are barred, in whole or in part, by applicable statutes of

limitations and/or statutes of repose.

### FOURTH AFFIRMATIVE DEFENSE

Josh Clemente's claims are barred, in whole or in part, by the doctrine of laches, waiver,

estoppel, and/or unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

Josh Clemente's claims are barred, in whole or in part, because neither MIT nor F2E has

done anything to infringe the patent, either literally or under the doctrine of equivalents.

### SIXTH AFFIRMATIVE DEFENSE

Josh Clemente's claims are barred, in whole or in part, due to inequitable conduct on his

part in intentionally misleading the patent examiner, withholding material information from the

patent examiner, and by other intentional materially false statements or material omissions in

prosecuting the patent.

## SEVENTH AFFIRMATIVE DEFENSE

Josh Clemente's claims are barred, in whole or in part, because Josh Clemente is either not the inventor or is not the sole inventor of the patent-in-suit.

## EIGHTH AFFIRMATIVE DEFENSE

Josh Clemente's claims are barred, in whole or in part, due to the inadequacy of the written description in the patent and the failure of the patent to meet the enablement or best mode requirements (non-prior art invalidity).

Dated: December 13, 2023

Respectfully submitted,

*/s/Laurin H. Mills*
Laurin H. Mills (VSB No. 79848)
Brian P. Donnelly (VSB No. 82052)
Werther & Mills, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Phone: (703) 547-4696
Fax: (240) 912-3031
Laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2023, a copy of the foregoing Plaintiffs'

Answer to First Counterclaim of Defendant Joshua R. Clemente was filed via the Court's CM/ECF

electronic filing system, which will serve the following:

> Rebecca LeGrand
> LeGrand Law PLLC
> 1100 H Street NW, Suite 1220
> Washington, D.C. 20005
> (202) 587-5725
> rebecca@legrandpllc.com
>
> *Counsel for Joshua R. Clemente*
>
> Timothy G. Clemente
> 498 Fleshman Creek Road
> Livingston, MT 59407
> (540) 845-5169
> timclemente@aol.com
>
> *Pro Se Defendant*

I further certify that a copy of the foregoing was served by First Class Mail on the

following:

> Timothy G. Clemente
> 498 Fleshman Creek Road
> Livingston, MT 59407
> (540) 845-5169
> timclemente@aol.com
>
> *Pro Se Defendant*

> /s/Brian P. Donnelly
> Brian P. Donnelly

4