**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

|  |  |  |
|---|---|---|
| **MISSION INTEGRATED TECHNOLOGIES, LLC**, *et al.*, | ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **1:23cv1608 (LMB/JFA)** |
| **v.** | ) | |
| | ) | |
| **JOSHUA R. CLEMENTE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) ) | |

## RULE 26(F) REPORT AND JOINT DISCOVERY PLAN

Plaintiff, F2E Holdings LLC ("F2E") (derivatively on behalf of Mission Integrated Technologies, LLC ("MIT")), and Defendants, Timothy G. Clemente ("Tim Clemente") and Joshua R. Clemente ("Josh Clemente"), submit this Rule 26(f) Report and Joint Discovery Plan in accordance with Fed. R. Civ. P. 26(f), Local Civil Rule 26(A), and the Court's Scheduling Order (Dkt. 4).

Tim Clemente, counsel for Joshua Clemente, and counsel for F2E conferred via Microsoft Teams on December 6, 2023, in advance of the Fed. R. Civ. P. 16(b) pretrial conference scheduled for December 20, 2023 at 11 a.m. Counsel discussed the nature of the case, the potential for settlement, initial disclosures, the case schedule, and the Parties' respective views on the Discovery Plan.

The parties discussed the possibility of mediation during their conference, and all parties subsequently agreed to participate in mediation on January 8, 2024.

The parties agreed to exchange the initial disclosures required by Fed. R. Civ. P. 26(f) on December 19, 2023.  The parties intend jointly to move for the entry of a protective order at a later date.

The parties also discussed the pending demurrer filed by Tim Clemente in Fairfax County Circuit Court on November 27, 2023, prior to the removal of this case to federal court.  Plaintiff filed a corrected opposition to that demurer on December 10, 2023, and Defendants will file a reply in support of the pending demurrer on or before December 18, 2023.

The parties further discussed the timing of summary adjudication under Rule 56.  Joshua Clemente believes that most if not all of Plaintiff's claims can be resolved through an early motion for summary judgment if they are not resolved at the motion to dismiss stage.  Joshua Clemente proposes filing an initial early motion for summary judgment on a limited number of claim-dispositive issues no later than January 29, 2024, in an effort to significantly narrow the issues in dispute.  Plaintiff believes that Defendants have the right to file whatever dispositive motions they want, when and if they deem appropriate, but discussion of possible early dispositive motions is not appropriate in the joint discovery plan.

The Parties propose the following schedule:

| EVENT | DEADLINE |
| --- | --- |
| All written fact discovery requests. | March 15, 2024 |
| Completion of fact discovery. | April 19, 2024 |
| Parties' Rule 26(a)(2) expert disclosures and reports (on issues on which each party bears the initial burden), including preliminary infringement (with claim charts), invalidity, and prior art disclosures, claim construction, and damages. | March 8, 2024 |
| Parties' expert rebuttal reports. | March 29, 2024 |
| Completion of expert discovery. | April 19, 2024 |

| *Markman* briefing and hearing.[1] | The Parties agree that claim construction briefing and summary judgment briefing should be combined.  If no party moves for summary judgment at the end of discovery, a party seeking claim construction shall file an appropriate motion in time to have the motion decided before trial. |
|---|---|
| Final Pretrial Conference | April 25, 2024 at 10:00 a.m. |
| Final Summary judgment briefing (if necessary) | Opening briefs May 10, 2024. Opposition briefs May 24, 2024. Reply briefs May 30, 2024. |

In addition, the Parties state as follows:

1.    The Parties do not consent to try this matter in front of a United States Magistrate Judge.

2.    The Parties agreed to change the deadlines for expert disclosures as indicated above.

3.    The Parties do not anticipate that they will serve more than 30 interrogatories or conduct more than five non-party, non-expert witness depositions per party.

4.    The Parties anticipate a need for a protective order and will file an appropriate motion for same with the Court.

5.    The exchange of written requests for the production of documents and responses will be conducted pursuant to Fed. R. Civ. P. 34, including specific requirements governing electronic documents.  Electronically stored information ("ESI") may be produced in any of the following file formats:  .doc, .xls, .pdf, and/or .tif or in a mutually agreed upon format such as a Relativity load file pursuant to an ESI protocol agreed upon by the Parties.

---

[1] F2E plans to seek judicial construction of the term "plurality of linkages" at the end of Claim 3.

Dated:  December 13, 2023

      */s/Rebecca LeGrand*
Rebecca LeGrand (VA 89859)
LeGrand Law PLLC
1100 H Street, N.W., Suite 1220
Washington, D.C. 20005
rebecca@legrandpllc.com
(202) 587-5725

*Counsel for Joshua R. Clemente*


      */s/Timothy Clemente*
Timothy G. Clemente
498 Fleshman Creek Road
Livingston, MT 59407
(540) 845-5169
timclemente@aol.com

*Pro Se Defendant*

Respectfully submitted,

      */s/Laurin H. Mills*
Laurin H. Mills (VA 79848)
Brian P. Donnelly (VA 82052)
Werther & Mills, LLC
2121 Eisenhower Ave., Suite 608
Alexandria, VA  22314
(703) 547-4693
Fax (240) 912-3131
laurin@werthermills.com
bdonnelly@werthermills.com

*Counsel for F2E Holdings LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2023, a copy of the foregoing Plaintiffs'

Rule 26(F) Report and Joint Discovery Plan was filed via the Court's CM/ECF electronic filing

system, which will serve the following:

> Rebecca LeGrand
> LeGrand Law PLLC
> 1100 H Street NW, Suite 1220
> Washington, D.C. 20005
> (202) 587-5725
> rebecca@legrandpllc.com
>
> *Counsel for Joshua R. Clemente*
>
> Timothy G. Clemente
> 498 Fleshman Creek Road
> Livingston, MT 59407
> (540) 845-5169
> timclemente@aol.com
>
> *Pro Se Defendant*

I further certify that a copy of the foregoing was served by First Class Mail on the

following:

> Timothy G. Clemente
> 498 Fleshman Creek Road
> Livingston, MT 59407
> (540) 845-5169
> timclemente@aol.com
>
> *Pro Se Defendant*

> */s/Laurin H. Mills*
> Laurin H. Mills