**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

|  |  |  |
|---|---|---|
| **F2E HOLDINGS LLC** *ex rel.* **MISSION INTEGRATED TECHNOLOGIES, LLC,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **1:23cv1608 (LMB/JFA)** |
| **v.** | ) ) | |
| **JOSHUA CLEMENTE,** *et al.***,** | ) ) | |
| **Defendants.** | ) ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Current Plaintiff, F2E Holdings LLC ("F2E"), which initiated this lawsuit derivatively on behalf of Mission Integrated Technologies, LLC ("MIT"), and Defendants Joshua Clemente and Timothy Clemente (collectively the "Parties"), jointly move the Court, pursuant to Fed. R. Civ. P. 26(c), for entry of the Protective Order attached hereto as Ex. A.[1]

The Parties have conferred in good faith and believe discovery will likely involve disclosure of certain documents or information containing confidential, proprietary, and business information, along with other types of information that should be protected from public disclosure. The Parties agree that the improper disclosure of this material could result in "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). As a result, the Parties jointly request that the Court enter the attached Protective Order, which

---

[1] There is a Motion for Leave to File an Amended Complaint filed by F2E pending. If granted, this case will be converted from a derivative action filed by F2E on behalf of MIT to a direct action by MIT. F2E contends it is the only member of MIT with current management authority over MIT—F2E agrees that MIT will be bound to the protective order if the Motion for Leave to Amend is granted.

will both minimize discovery disputes related to confidentiality and adequately protect the Parties' confidentiality interests.

Because the Parties have jointly agreed to the terms of the attached Protective Order, and jointly move for its entry, the Parties move for entry of this order without oral argument pursuant to Local Rules 7(E) and 7(J).

For the foregoing reasons, the Parties request that the Court enter the Protective Order attached as Exhibit A.

Dated: December 29, 2023

Respectfully submitted,

*/s/ Laurin H. Mills*
Laurin H. Mills (VSB No. 79848)
Brian P. Donnelly (VSB No. 82052)
Werther & Mills, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Phone: (703) 547-4696
Laurin@werthermills.com
bdonnelly@werthermills.com
*Counsel for Plaintiff*

*/s/Rebecca S. LeGrand*
Rebecca S. LeGrand (No. 898599)
LeGrand Law PLLC
1100 H Street, N.W., Suite 1220
Washington, DC  20005
(202) 587-5725
rebecca@legrandpllc.com
*Counsel for Joshua Clemente*

*/s/Timothy Clemente*
Timothy G. Clemente
498 Fleshman Creek Road
Livingston, MT  59407
timclemente@aol.com
*Pro Se*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December, 2023, a copy of the foregoing Joint

Motion for Entry of Protective Order was filed via the Court's CM/ECF electronic filing system,

which will serve all counsel of record.

> Rebecca LeGrand
> LeGrand Law PLLC
> 1100 H Street NW, Suite 1220
> Washington, D.C. 20005
> (202) 587-5725
> rebecca@legrandpllc.com
>
> *Counsel for Joshua R. Clemente*

I further certify that a copy of the foregoing was served by email and First Class Mail on

the following:

> Timothy G. Clemente
> 498 Fleshman Creek Road
> Livingston, MT 59407
> (540) 845-5169
> timclemente@aol.com
>
> *Pro Se Defendant*

> */s/Brian P. Donnelly_____*
> Brian P. Donnelly

3