IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MISSION INTEGRATED TECHNOLOGIES, LLC,

    Plaintiff,

v.

JOSHUA R. CLEMENTE, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)

1:23-cv-1608 (LMB/WBP)

FILED IN OPEN COURT
JUL 10 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

**I.   VALIDITY**

For each claim in the '677 Patent, indicate whether you find that claim to be valid or invalid due either to the on-sale bar or because it was disclosed in a printed publication before November 20, 2017.

|  | VALID | INVALID |
|---|---|---|
| Claim 1: | _____ | ✓ |
| Claim 2: | _____ | ✓ |

If you find Claim 2 to be invalid, you must also find that Claim 1 is invalid.

| Claim 3: | _____ | ✓ |
|---|---|---|

If you find Claim 3 to be invalid, you must also find that Claims 1 and 2 are invalid.

| Claim 4: | _____ | ✓ |
|---|---|---|

If you find Claim 4 to be invalid, you must also find that Claim 1 is invalid.

| Claim 5: | _____ | ✓ |
|---|---|---|

If you find Claim 5 to be invalid, you must also find that Claims 4 and 1 are invalid.

| Claim 6: | _____ | ✓ |
|---|---|---|

If you find Claim 6 to be invalid, you must also find that Claims 5, 4 and 1 are invalid.

Claim 7: \_\_\_\_\_    ✓

If you find that Claim 7 is invalid, you must also find that Claims 4 and 1 are invalid.

Claim 8: \_\_\_\_\_    ✓

If you find that Claim 8 is invalid, you must also find that Claims 7, 4 and 1 are invalid.

Claim 10: \_\_\_\_\_    ✓

If you find that Claim 10 is invalid, you must also find that Claim 1 is invalid.

Claim 11: \_\_\_\_\_    ✓

If you find that Claim 11 is invalid, you must also find that Claims 10 and 1 are invalid.

Claim 12: \_\_\_\_\_    ✓

If you find that Claim 12 is invalid, you must also find that Claim 1 is invalid.

Claim 13: \_\_\_\_\_    ✓

If you fund that Claim 13 is invalid, you must also find that Claims 12 and 1 are invalid.

Claim 14: \_\_\_\_\_    ✓

If you find that Claim 14 is invalid, you must also find that Claims 13, 12 and 1 are invalid.

Claim 15: \_\_\_\_\_    ✓

If you find that Claim 15 is invalid, you must also find that Claims 14, 13, 12 and 1 are invalid.

Claim 16: \_\_\_\_\_    ✓

If you find that Claim 16 is invalid, you must also find that Claim 1 is invalid.

Claim 17: \_\_\_\_\_    ✓

If you did not find that the '677 Patent has any valid claims, stop and have the jury foreperson sign and date this form at the bottom and return this Verdict Form to the Court Security Officer.

2

## II.   DAMAGES

If you found that any of the claims of the '677 patent were valid, answer the questions below:

A.   What amount, if any, of MIT sales within the United States should be included in the royalty base?  $_____.

B.   If the answer above is zero dollars, do not answer any more questions in this Section and proceed to answer the question in Section III on willfulness.

C.   If the answer to sub-question A above was greater than zero, what sum of money, if any, paid now in cash, has Joshua Clemente proven by a preponderance of the evidence would compensate him for his damages resulting strictly from MIT's infringement of the '677 patent?

$_____.

## III.   WILLFULNESS

If you found that any clams of the '677 patent were valid, do you find that the infringement of that claim or those claims by MIT was willful?

Yes: _____          No: _____

Date: _10 July 24_

_____
Foreperson signature

_____
Foreperson printed name