# United States District Court

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Mission Integrated Technologies, LLC et al. | JUDGMENT IN A CIVIL CASE |
| Plaintiff | |
| V. | 1:23-cv-01608-LMB-WBP |
| Joshua R. Clemente, et al. | |
| Defendant | |

[ X ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[  ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the plaintiff, Mission Integrated Technologies, LLC and against the defendant, Joshua R. Clemente in accordance with the jury verdict dated July 10, 2024.

|  |  |
|---|---|
| July 10, 2024 | FERNANDO GALINDO |
| Date | Clerk |
|  | K. Galluzzo |
|  | (By) Deputy Clerk |